**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

Sam Glasscock III
VICE CHANCELLOR

CHANCERY COURTHOUSE
34 The Circle
GEORGETOWN, DELAWARE 19947
AND
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19980-3734

April 29, 2015

Brad Greenspan
2995 Woodside Rd, Suite 400
Woodside, CA   94062

      RE: *Brad D. Greenspan v. News Corporation, et al.*
          C.A. No. 9567-VCG

Dear Mr. Greenspan:

As you are aware, based on your recusal motion, this matter was reassigned to me in all respects. On April 21, 2015, I scheduled a teleconference to discuss scheduling on all outstanding matters. The Defendants were present on the teleconference; however, you failed to appear. As a result, I was unable to conduct the teleconference. The Scheduling Order in this matter required you to file any opposition to the pending Motions to Dismiss on or before April 21, 2015.[1] The docket does not reflect any response by you. If you intend to defend these Motions to Dismiss, you must: (1) File a response to the Motions by Monday, May 4, 2015 by 5:00 p.m. (EST); (2) File at the same time a request to have your response considered notwithstanding the Scheduling Order, stating why a response was not filed in compliance with the Scheduling Order and demonstrating cause, if any exists, why your late filing should be excused; and (3) File at the same time a letter stating why you chose not to attend the April 29, 2015 teleconference and demonstrating cause, if any exists, why the costs of the Defendants who did attend should not be assessed to you.

If no response to the Motions to Dismiss is filed by the date and time specified above, I will consider the Motions unopposed.

---

[1] Master's Final Report of April 2, 2015.

Sincerely yours,

/s/ Sam Glasscock III

Vice Chancellor

cc: Register in Chancery